

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL J. GOPIN, | § | No. 08-14-00233-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| PEDRO ARIAS, PAUL DALE, DEBBIE ESCOBAR, EDDIE ESCOBAR, BENJAMIN GONZALEZ, NANCY GONZALEZ, RICHARD V. LUCERO, CHRISTINA ASTORGA MARTINEZ, BECKY DURAN, LUCY A. MORALES-LUCERO, ASHLEY LUCERO, JUAN M. MARTINEZ, AURORA M. NICHOLS, AND JUAN NICHOLS, | § § § § § | of El Paso County, Texas (TC# 2013DCV3357) |
| Appellees. | | |

**MEMORANDUM OPINION**

Pending before the Court is a motion filed by Appellant, Michael J. Gopin, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

STEVEN L. HUGHES, Justice

December 19, 2014

Before McClure, C.J., Rodriguez, and Hughes, JJ.